TM:CMP
F.#2012R01084

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 11 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JAMES HARRIS,

         Defendant.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T
CR 12- 448
Cr. No. _____
(T. 18, U.S.C., §§ 1951(a),
2 and 3551 et seq.)

WEINSTEIN, J.

BLOOM, M.J.

THE GRAND JURY CHARGES:

## ATTEMPTED EXTORTION

In or about and between March 2012 and July 2012, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JAMES HARRIS, together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendant and others attempted to obtain property, to wit: money, with the consent of John Doe, an individual whose identity is known to the

Grand Jury, which consent was to be induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

A TRUE BILL

/s/ _____
Deputy FOREPERSON

/s/ _____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT

## EASTERN District of NEW YORK

### CRIMINAL Division

THE UNITED STATES OF AMERICA

vs.

**JAMES HARRIS al,**

Defendant.

# INDICTMENT

Cr. No. _____

(T. 18, U.S.C., §§ 1951(a), 2
and 3551 et seq.)

*A true bill.*

_____ [signature] Andrew MacMillan-Purchase _____
                                           Deputy Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
                                           *Clerk*

*Bail, $* _____

CRISTINA POSA, AUSA (718) 254-6668